**Order entered December 1, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00076-CV

**VENKY VENKATRAMAN, Appellant**

**V.**

**STEPHEN D. SKINNER AND JYOTI MASUREKAR, Appellees**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

Before the Court are appellees' November 18, 2021 amended motion for sanctions and to strike certain portions of appellant's brief and appellant's response. We **DENY** the motion without prejudice to asserting these arguments in their brief.

Also before the Court is appellees' November 29, 2021 motion for an extension of time to file their brief. We **GRANT** the motion to the extent that we extend the time to **December 28, 2021**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE